IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHARLES BOYER, et al., | |
| Plaintiffs, | Civ. No. 10-3064-PA |
| v. | |
| JACKSON COUNTY, et al., | **TEMPORARY RESTRAINING ORDER** |
| Defendants. | |

**PANNER, District Judge:**

Based on the record, including the declarations of Jack Swift and Charles Boyer, I conclude that plaintiffs are entitled to a temporary restraining order pending a hearing on a possible preliminary injunction. From 1:30 p.m. on July 19, 2010 until 5:00 p.m. on July 26, 2010, defendants are prohibited from taking any action that would physically alter or otherwise affect the Gold Ray Dam, its fish ladder, remnants of the original wood crib

1 - TEMPORARY RESTRAINING ORDER

dam, the power canal including the forebay and tailrace, the power house and associated structures, or the waters of the impoundment created by the dam. Defendants are ordered to appear in this court on Monday, July 26, 2010, at 1:30 p.m., to show cause why this court should not issue a preliminary injunction in accordance with this temporary restraining order. Defendants shall file a brief in response by Thursday, July 22, 2010.

    IT IS SO ORDERED.

DATED this <u>19</u> day of July, 2010.

*(signature)*
OWEN M. PANNER
U.S. DISTRICT JUDGE